# In the United States Court of Federal Claims

No. 21-856
Filed: April 14, 2021

| |
|---|
| **DARTON INNOVATIVE TECHNOLOGIES, INC.,** <br><br> *Plaintiff*, <br><br> v. <br><br> **UNITED STATES,** <br><br> *Defendant*, <br><br> and <br><br> **MILSUP LLC,** <br><br> *Defendant-Intervenor*. |

## ORDER

For the reasons provided in the Memorandum Opinion filed concurrently with this Order, the plaintiff's motion for judgment on the administrative record (ECF 38) is **DENIED**, and the motions for judgment on the administrative record of the defendant (ECF 41) and the defendant-intervenor (ECF 40) are **GRANTED**.

The Clerk is **DIRECTED** to enter judgment for the defendant and defendant-intervenor.

The parties shall confer and file by **April 28, 2021**, a joint status report proposing any redactions to the Memorandum Opinion filed concurrently with this Order so that the Court may issue that Opinion publicly.

No costs are awarded.

It is so **ORDERED**.

s/ Richard A. Hertling
**Richard A. Hertling**
**Judge**